# EXHIBIT A

**Defendant:** New HoldCo
**Creditor ID:** NH002
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| New HoldCo | | $59,541.80 | 8/19/2024 | FG06302024 | 6/30/2024 | $59,541.80 |
| | | $57,581.76 | 9/17/2024 | FG07312024 | 7/31/2024 | $57,581.76 |
| | | $49,467.60 | 9/17/2024 | FG08312024 | 8/31/2024 | $49,467.60 |
| | | $46,869.40 | 10/26/2024 | FG09302024 | 9/30/2024 | $46,869.40 |
| **Total Transfers** | **4** | **$213,460.56** | | | | **$213,460.56** |